UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TREYVION GLOVER,<br><br>    Defendant. | Case No. 2:21-cr-00107-JAD-BNW-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 16, 2024 at 10:00 a.m., be vacated and continued to August 19, 2024 at the hour of 1:30 p.m.

DATED this 11th day of July, 2024.

_____
Jennifer A. Dorsey
United States District Judge

3